Mort C. LEWIS et al.

v.

CARNATION COMPANY.

CARNATION COMPANY

v.

Mort C. LEWIS et al.

Nos. 6791, 6792.

United States Court of Appeals
Tenth Circuit.

Sept. 28, 1961.

Dayton Denious, Denver, Colo., for Mort C. Lewis et al.

Lewis, Grant & Davis, Denver, Colo., for Carnation Co.

Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.

PER CURIAM.

Appeal and cross-appeal dismissed pursuant to stipulation.

Richard C. MARTIN

v.

J. C. TAYLOR, Warden, United States Penitentiary, Leavenworth, Kansas.

No. 6818.

United States Court of Appeals
Tenth Circuit.

Nov. 14, 1961.

David D. Gaumer, Denver, Colo., for appellant.

Newell A. George, U. S. Atty., Kansas City, Kan., and Benjamin E. Franklin, Asst. U. S. Atty., Topeka, Kan., for appellee.

Before BRATTON, LEWIS and BREITENSTEIN, Circuit Judges.

PER CURIAM.

Affirmed without written opinion, on the ground that the exclusive remedy to review the questions raised in this cause is by motion under 28 U.S.C. § 2255.